**DISMISS; Opinion issued January 23, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00920-CV

# AMERIPLAN CORPORATION, DANIEL BLOOM AND DENNIS BLOOM, Appellants
## V.
# LAWRENCE MCKENZIE, Appellee

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-06272

## OPINION

Before Justices Lang-Miers, Myers and Lewis
Opinion by Justice Lewis

Before the Court is appellants' January 16, 2013 unopposed motion to dismiss appeal. In the motion, appellants state the parties have resolved the issue on appeal and request dismissal of the appeal with costs assessed against the party incurring same. We grant appellants' motion and dismiss this appeal.

DAVID LEWIS
JUSTICE

120920F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

AmeriPlan Corporation, Daniel Bloom and
Dennis Bloom, Appellants

No. 05-12-00920-CV    V.

Lawrence McKenzie, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-06272.
Opinion delivered by Justice Lewis.
Justices Lang-Miers and Myers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Pursuant to the parties' agreement, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 23rd day of January, 2013.

DAVID LEWIS
JUSTICE